```
FILED
CLERK, U.S. DISTRICT COURT

November 1, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:     CR     DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHRAJUDDIN NASRUDDIN, an individual,<br><br>        Plaintiff and Respondent<br><br>  v.<br><br>GEONORTH, LLC, an Alaskan Corporation,<br><br>        Defendant and Appellant. | Case No. 2:15-cv-06508-SVW (PJRx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE AND BOND EXONERATION FOLLOWING SETTLEMENT OF THE *NUR* CLASS ACTION AND ITS FINAL APPROVAL BY THIS COURT**<br><br>[STIPULATION PREVIOUSLY FILED] |

1   The Court, having been advised that the Plaintiff in this action is covered by the class and collective action settlement and class release reached in *Nur, et al. v. Tatitlek Support Services, Inc. et al.*, United States District Court for the Central District of California, Case No. 15-CV-00094 SVW (the "*Nur* Action"). The Court further recognizes that this Court's "Order Granting Final Approval of Class Action Settlement" in the *Nur* Action expressly and specifically included Plaintiffs' proceedings as being among those "DLSE Award Claimants Whose Trial De Novo Proceedings Are Dismissed With Prejudice." (See *Nur* Action Document 81 at pages 84-86 of 87 (attaching Documents 79-80 (the *Nur* Action Final Approval Order) as exhibits thereto).) The Court further observes that this Court's the *Nur* Action Final Approval Order provides for "authorizing the release of any bond posted by Defendants in connection with" this action. (*Nur* Action Document 80 at ¶ 22)

Based on the foregoing, and finding good cause therefor, the Court hereby finds that the above-captioned action has been resolved in connection with the *Nur* Action, and ORDERS that the above-captioned action is hereby DISMISSED WITH PREJUDICE and any bond posted in connection with the above-captioned action is hereby exonerated.

IT IS HEREBY ORDERED.

Dated: November 01, 2016

_____
Honorable Stephen V. Wilson

ORDER OF DISMISSAL WITH PREJUDICE AND BOND EXONERATION

35630556v.1